ROTHBARD, ROTHBARD, KOHN & KELLAR
50 Park Place, Suite 1228
Newark, New Jersey 07102
(973) 622-7713
Attorneys for Trustee
JONATHAN KOHN-3014

| IN RE: | ) | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|---|---|
| NICHOLAS JOHN ALTIERI, | ) | CASE NO. 11-12819-DHS CHAPTER 7 |
|  | ) |  |
|  |  | DECLARATION OF JONATHAN KOHN |
| DEBTOR(S) | ) |  |

JONATHAN KOHN, pursuant to 28 U.S.C. Section 1746, declares as follows:

.1.     I am Chapter 7 trustee in the above case, duly qualified and acting. I make this statement in support of a motion to dismiss debtor's chapter 7 case.

2.     Debtor filed his bankruptcy petition on January 31, 2011. To date, debtor has not filed a statement of financial affairs as required by 11 U.S.C. Section 521(a)(B)(iii).

3.     The case is subject to dismissal pursuant to 11 U.S.C Section 521(i)(1) for debtor's failure to file the statement of financial affairs within 45 days after the date of the filing of the petition.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 4/1/11

_____
Jonathan Kohn, Esq.